# EXHIBIT 2

- Make 630WPRO.COM your Homepage | WPRO eNews: Headlines in your inbox, weekdays at Noon



Advertisement:



1 Trick of a tiny belly :
Cut down a bit of your belly every day by using this 1 weird old tip. ▶ Tip

**Links**



**Navigation**
Home
News Room
RI Politics
On-Air

John DePetro
Dan Yorke
Buddy Cianci
Matt Allen
Ron St. Pierre
Michael Savage
Complete Schedule
Weather
Sports
Events
Entertainment

**Site Search**
Search Type: Keywords
Search For
KEYWORD SEARCH  site search

**Quick Links:**
John DePetro
Dan Yorke
Buddy Cianci
Matt Allen
Prizes
Jobs

**CAPTION CONTEST: Matt Allen Show > TSA Pat-Down Technique**
E-mail This Page | Print This Page

Earlier this month, the TSA instructed airport security officers to use a more aggressive pat-down search technique that allows the officers the right to probe would-be passengers prior to allowing them access to the plane.

Pictured here is an actual photo of a TSA search.

Now...it's your turn. Caption the photo and win the grand prize of praise and glory from The Matt Allen Show.

Click *add comment* below to add yours - and keep it...somewhat...appropriate!

The Matt Allen Show (WPRO) | 11/18/2010, 6:07pm



Like   One person likes this.

(2/23/2011 10:12:15 PM)
*OK...Now Cough!!!!*

                        *- Jo-Ann Dumas*

(2/23/2011 9:30:23 PM)
*It's ok sir, I'm a chiropractor.*

                        *- George Hadley*

(2/21/2011 12:56:57 PM)
*I can see the baby's head. Now bear down and PUSH!*

                        *- Steve*

(2/18/2011 1:56:25 PM)
*Nurse, get me the forceps . . .*

                        *- rabinnh*

(2/16/2011 7:11:00 PM)
*WHAT DO YOU MEAN IT WON'T FIT IN THE OVERHEAD AND I'M GOING TO HAVE TO CHECK IT!!!*

                        *- SCOTT*

Add / View Comments
**On Demand Podcasting**
Mayor Taveras tells DePetro 'Doherty can run the state police, I'll run my city'
Buddy Cianci > Marc Genest
Watson tells Matt Allen 'I'm not apologizing'
Buddy Cianci > Len Ladaro
EXCLUSIVE: Quiroa tells Matt Allen 'We are looking for an apology'
Charlene Lima tells Cianci 'this is a move by big banks to make Twin River more profitable'
EXCLUSIVE: Palumbo wants to restore Carcieri's illegal immigration executive order
Legislators propose combining Lt. Governor & Governor onto one ticket
Nancy Pelosi used the Air Force like "her own personal taxi."
**Most Popular**
◀ 1 of 2 ▶


**WPRO morning lineup announced**
29 comments


**Programming changes at WPRO**
37 comments


**CAPTION CONTEST: Matt Allen Show > TSA Pat-Down Technique**
216 comments


**Doherty criticizes Prov stance on immigration enforcement**
6 comments


**February 14 : In-state tuition for illegal immigrants**
35 comments


**School closures and furloughs in Providence**
4 comments



**Prov opts out federal immigration program**
6 comments


**WPRO Archive: Caprio tells Obama he can "shove" endorsement**
43 comments





More News
Town Headlines

**NEW**Cumberland > Shooting in Cumberland

**NEW**Lincoln > Future uncertain as NRI Collaborative enrollment declines

**NEW**North Smithfield > Town comes out on top of 2010 with surplus

More
More News
Entertainment

**NEW**Remastered Neil Diamond Classics Coming March 8th

Aretha Franklin Comments on Fantasia's Grammy Boycott

Elton John to Lend a Hand to New Cirque du Soleil Show

More
More News
Contests & Prizes


**Providence's Top Guest**

**Enjoy Poster Night with the P-Bruins & WPRO**

**IHOP National Pancake Day Celebration**

More
More News
WPRO Deal$



**Tara's Tasty Deal: 50% Off RI's Best Restaurants**

**Thrifty Deals: Gift Cards for Half-Price to the best local stores**

More
Advertisement:

 **Dermatologists Hate Her!** Local Mom Reveals $5 Trick To Erase Wrinkles With Shocking Results

 **Nevada Mom Invests $97 & Makes $6795** Las Vegas mom tells us how she now makes up to $298/Day working at home!

**Advertisements**





Site Index

Copyright © 2011 Citadel Broadcasting Company and MediaSpan
Privacy Policies: Citadel Broadcasting Company | MediaSpan
Designed and Powered by MediaSpan